# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09CR31-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALFRED LOUIS LOGAN, JR. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Dismiss And Order Release For Cause, Ineffective Counsel" (Document No. 28) filed *pro se* by the Defendant, Alfred L. Logan, Jr., on August 18, 2009. This matter was on for a hearing before the undersigned for other purposes on February 11, 2010, at which time counsel for the parties briefly addressed this motion. In short, the Defendant filed this motion *pro se* at a time he was represented by his previous counsel, Christopher C. Fialko. *Pro se* filings by represented criminal defendants have long been disfavored in this district and are often summarily denied. In any event, at the aforementioned February 11, 2010 hearing, the Defendant on the record consented to this *pro se* motion being denied without prejudice.

**IT IS THEREFORE ORDERED** that the "Joint Motion To Dismiss And Order Release For Cause, Ineffective Counsel" (Document No. 28) is hereby **DENIED without prejudice**.

**SO ORDERED**.

Signed: February 16, 2010

David C. Keesler
United States Magistrate Judge