**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.  3:09CR31-FDW-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALFRED LOUIS LOGAN, JR. | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Withdraw Plea"
(Document No. 24) filed by the Defendant, Alfred L. Logan, on August 3, 2009.  This matter was
on for a hearing before the undersigned for other purposes on February 11, 2010, at which time
counsel for the parties briefly addressed this motion.  In short, the Defendant filed this motion
through counsel at a time he was represented by his previous lawyer, Christopher C. Fialko.  In any
event, at the aforementioned February 11, 2010 hearing, the Defendant himself, together with his
new counsel, Peter Adolf, on the record consented to this motion being <u>denied without prejudice</u>.

**IT IS THEREFORE ORDERED** that the "Motion To Withdraw Plea" (Document No. 24)
is hereby **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: February 17, 2010

David C. Keesler
United States Magistrate Judge